1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GRIFFIN HEADRICK,

        Petitioner,

    v.

RICHARD MORGAN,

        Respondent.

Case No. C05-5226FDB

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed the report and recommendation, petitioner's application to proceed in forma pauperis and the remaining record, hereby finds and ORDERS:

    (1)    The Magistrate Judge's report and recommendation is approved and adopted, except as noted in item No. 3 below;

    (2)    Petitioner's application to proceed in forma pauperis is DENIED.

    (3)    The Court notes that Petitioner has paid the required filing fee ($5.00) to the Clerk of the Court on April 28, 2005 and his Petition for Writ of Habeas Corpus was filed that day.

    (4)    the Clerk is directed to send copies of this Order to Petitioner, to any other party that has appeared in this action, and to the Honorable Karen L. Strombom.

DATED this 16th day of May 2005.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1